[No. 762.   August 28, 1899.]

THE TRADERS INSURANCE COMPANY, Plaintiff in Error, v. BARTLETT & TYLER, Defendants in Error.

The facts of this case are substantially the same as those in Alliance Assurance Co. v. Bartlett & Tyler, decided at this term, p. 554 ante, except as to amount of garnishee's liability, and the cause is affirmed for the reasons there stated.

*Error*, from a judgment for plaintiffs, to the Second Judicial District Court, Valencia County.   Affirmed, with award for damages.

SYLVESTER G. WILLIAMS and R. W. D. BRYAN for plaintiff in error.

CHILDERS & DOBSON for defendants in error.

PER CURIAM:—The facts in this case are practically identical with those in the case of The Alliance Assurance

Company v. Bartlett & Tyler, just decided, except that the answer of the garnishee discloses that its liability for loss on the policy of insurance which it had issued to Mrs. Holmes was the sum of $623.40.

We therefore affirm the judgment of the court below, and order that the plaintiff in error pay to the defendant in error the sum of $623.40, with interest at the rate of six per cent per annum from the twenty-ninth day of November, 1897, and ten per cent on the amount of such judgment as damages, together with costs.

McFie, Parker, Crumpacker and Leland, JJ., concur.